**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LORETTA ANDERSON INDIVIDUALLY,**
**and on behalf of ALBERT ANDERSON ESTATE** **PLAINTIFFS**

**VS.** **CAUSE NO:** 3:24-cv-804-TSL-RPM

**HINDS COUNTY, HINDS COUNTY CORONER'S OFFICE SHARON GRISHAM STEWART, HINDS COUNTY BOARD OF SUPERVISIONS current and at the time of death, THE CITY OF JACKSON, JACKSON POLICE DEPARTMENT, JOHN DOE, JOHN DOE COMPANY, JANE DOE** **DEFENDANTS**

**NOTICE OF REMOVAL**

COME NOW Defendants, Hinds County, Hinds County Coroner's Office and Hinds County Board of Supervisors (incorrectly named as "Hinds County Board of Supervisions"), and remove the above-captioned suit filed by Plaintiff, Loretta Anderson, Individually and on behalf of Albert Anderson Estate which is currently pending in the Circuit Court of Hinds County, Mississippi, bearing Civil Action No. 24-859, and file this Notice of Removal of the state court action to the United States District Court for the Southern District of Mississippi, Northern Division. In support thereof, the Defendants would show the court the following:

I.

In support of this Notice of Removal, Defendants assert jurisdiction under 28 U.S.C. §1331, federal question jurisdiction, as a basis for the United States District Court's original jurisdiction over this action and removal is made pursuant to the provisions of 28 U.S.C. §§1441, et seq.

II.

This civil action was filed in the Circuit Court of Hinds County, Mississippi, bearing Civil Action No. 24-859. Docket attached hereto as Exhibit "A;", and a copy of the pleadings, notices and documents filed therein as Exhibit "B".

III.

This Notice of Removal is being filed within thirty (30) days of receipt by the Defendant of a copy of the Plaintiff's Complaint which sets forth claims for relief under which the state court proceeding is based pursuant to 28 U.S.C. §1446.

IV.

All Defendants join in the removal, with City of Jackson defendants having indicated their willingness to do so, through counsel.

V.

According to 28 U.S.C. §1446(a), the United States District Court for the Southern District of Mississippi, Northern Division, is a federal district court for the district and division embracing the place where the subject state court suit is pending.

VI.

This Court has subject matter jurisdiction over the present action pursuant to 28 U.S.C. §§1331 and 1441. The Plaintiff has made assertions of violation of rights arising under the Constitution of the United States which creates a federal question as contemplated under 28 U.S.C. §1331. Plaintiff's Complaint asserts violations of federal civil rights laws under 42 U.S.C. §1983 and 42 U.S.C. §1981.

VII.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the undersigned counsel

certifies he has read the foregoing Notice of Removal, that, to the best of his knowledge, information and belief formed after reasonable inquiry, is well grounded in fact and is warranted by existing law for a good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass, or cause unnecessary delay or needless increase in the cost of litigation.

VIII.

Pursuant to U.S.C. §1446(d), the Defendants will give written notice of the filing of this Notice of Removal to the Plaintiff, and a true and correct copy of this notice will be duly filed in the Circuit Court of Hinds County, Mississippi.

WHEREFORE, Defendants remove the above-entitled case from the state court to this court.

**RESPECTFULLY SUBMITTED**, this the 17th day of December, 2024.

**HINDS COUNTY, HINDS COUNTY CORONER'S OFFICE, HINDS COUNTY BOARD OF SUPERVISORS, DEFENDANTS**

By: __*/s/Michael J. Wolf*___________
MICHAEL J. WOLF

OF COUNSEL:

MICHAEL J. WOLF – MSB# 99406
RESNICK & LOUIS, P.C.
101 Highpointe Court, Suite C
Brandon, MS 39042
Telephone: (601) 213-4636
Direct Tel/Fax: (601) 371-3939
Email: mwolf@rlattorneys.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day mailed a true and correct copy of the above and foregoing document via electronic mail to the following counsel of record:

Abby Robinson, Esq.
Abby Robinson & Associates Law Firm PLLC
227 E. Pearl Street
Jackson, MS 39201
arobinsonlawfirm@yahoo.com

City of Jackson
Office of City Attorney
jnabors@jackson.ms.gov

This the 17th day of December, 2024.

By: __*/s/Michael J. Wolf*________
MICHAEL J. WOLF